**No. 58304.**—Hudson Shipping Co., Inc. *v.* United States, protest 224265–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.